IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

SHIRLEY K. STOUT,
ADC #754803                                                   PLAINTIFF

v.                    5:12-cv-380-DPM-JTR

SOUTHEAST ARKANSAS DEPARTMENT
OF COMMUNITY CORRECTIONS                                      DEFENDANT

JUDGMENT

Stout's complaint is dismissed without prejudice. The Court certifies that an *in forma pauperis* appeal would not be taken in good faith.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

29 November 2012